## BRYANT v. STATE.
### No. 25869.

Court of Criminal Appeals of Texas.
June 11, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the possession of alcoholic liquor in a dry area for the purpose of sale; the punishment 15 days in jail and a fine of $250.

No statement of facts or bills of exception are contained in the record.

The proceedings appearing regular, the judgment of the trial court is affirmed.